# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

____CIVIL____ Division

FILED
Statesville, NC
SEP 16 2024
Clerk, US District Court
Western District of NC

| | |
|---|---|
| DANA R BLALOCK<br>JOY K BLALOCK<br><br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>MR COOPER GROUP<br>VETERANS UNITED HOME LOANS<br><br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 5:24cv204<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ✔ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | DANA R BLALOCK |
   | Street Address | 236 Links Dr. |
   | City and County | Statesville |
   | State and Zip Code | NC |
   | Telephone Number | 704-775-3508 |
   | E-mail Address | drblalock59@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | MR COOPER GROUP |
| Job or Title *(if known)* | |
| Street Address | P.O. Box 619098 |
| City and County | Dallas, Dallas |
| State and Zip Code | TX 75261 |
| Telephone Number | (888) 480-2432 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | VETERANS UNITED HOME LOANS |
| Job or Title *(if known)* | |
| Street Address | 1400 Forum Blvd. Ste. 18 |
| City and County | Columbia / Boone |
| State and Zip Code | MO 65203 |
| Telephone Number | 573-876-2600 |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question  ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* DANA R BLALOCK, is a citizen of the State of *(name)* North Carolina.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* MR COOPER GROUP, is incorporated under the laws of the State of *(name)* Texas, and has its principal place of business in the State of *(name)* Texas.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$249,000.00 The plaintiffs tendered two securities to the defendants for consideration for a home loan. The securities were a Note and a property Deed. The plaintiffs allege that the defendants did not use securities, Federal Reserve Notes, which were in their possession prior to receiving the Note and Deed and that the Federal Reserve Notes issued by the defendants have no redeemable value. Defendants also refused to accept Negotiable Instruments used for

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiffs did submit on several occasions, Bills of Exchange, to discharge the alleged debt created by the defendants. Defendants dishonored all attempts at discharge using this specie of payment. Plaintiffs also allege that there are no assets which can be redeemed from the securities issued by the defendants. The Federal Reserve Notes are promissory notes and instruments of debt. Since 1933 nationally and 1971 internationally, they have been backed by nothing and cannot be redeemed for anything of value. They are simply a manifestation by a debt ridden government to enslave it's people. Defendants require proof that the defendants have something other than debt instruments to offer as consideration for the contract that they held in their own possession prior to

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiffs request the following relief:
1. Full discharge of the alleged loan claimed by the defendants.
2. Full release of interest and liens on the property used as security for the alleged loan.
3. Full refund of each individual extraneous payment made on the account using Federal Reserve Notes.
4. $50,000 in damages. Payable in gold or silver bullion.
5. Any additional and appropriate relief that the Court may consider just and equitable.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Sept. 16, 2024

Signature of Plaintiff: *Dana R. Blalock* / *Jay K Blalock*
Printed Name of Plaintiff: Dana R. Blalock/Agent / Jay K Blalock

### B. For Attorneys

Date of signing:

Signature of Attorney: Pro Se
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

B.  **If the Basi for Jurisdiction Is Diversity of Citizenship**

   **2.**   The plaintiff(s) Con't.

   The plaintiff, JOY K. BLALOCK, of 236 Links Dr., Statesville, NC 28677, is a citizen of the State of North Carolina.

   The Defendant(s) Con't.

   The defendant, VETERANS UNITED HOME LOANS, is incorporated under the laws of the State of TEXAS and has its principal place of business in the State of TEXAS.