# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Dana R. Blalock<br>Joy K. Blalock,<br><br>Petitioner<br><br>vs.<br><br>Veterans United Home Loans<br>Mr Cooper Group,<br><br>Respondent. | JUDGMENT IN CASE<br><br>5:24-cv-00204-KDB-DCK |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 5, 2024 Order.

Signed: December 5, 2024

Katherine Hord Simon, Clerk
United States District Court